IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANDRE TOSTE and,<br>JOAO PAULINO, LDA,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-902C<br>(Judge Baskir) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lindsay Williams as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lindsay Williams
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: June 7, 2004

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624