IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANDRE TOSTE and,<br>JOAO PAULINO, LDA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-902C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including September 17, 2004, within which to file its response to the complaint. Our response is currently due on July 20, 2004. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Department of the Navy, as required by 28 U.S.C. § 520. The delay is due to several factors. First, agency counsel will be

out of the office from July 12 through July 23. Second, due to the fact that much of the information needed for the litigation report is located in Azores, Portugal, it will take more time than usual to obtain it. Agency counsel has stated that the Navy is working diligently to complete the litigation report and that it will be provided to the undersigned as soon as possible. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

Of Counsel:

PAM NESTELL
Department of the Navy
720 Kennon Street SE
Suite 136
Washington Navy Yard, DC
20374

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

July 9, 2004

Attorneys for Defendant