# In the United States Court of Federal Claims

Case No. 04-902C
(Filed: July 15, 2004)

| | |
|---|---|
| ANDRE TOSTE & JOAO PAULINA, LDA -- Joint Venture, *Plaintiffs,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

Defendant's unopposed **Motion for an Enlargement of Time** filed July 12, 2004, for 60-days, **until September 17, 2004, to file its response to the Plaintiff's Complaint** is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge