IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANDRE TOSTE and,<br>JOAO PAULINO, LDA, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-902C<br>(Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including November 3, 2004, within which to file its response to the complaint. Our response is currently due on September 17, 2004. This is defendant's second request for an enlargement of time for this purpose, the Court having previously granted defendant a 60-day extension. The plaintiff, through counsel, has been contacted by telephone regarding this request and does not oppose.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Department of the Navy, as required by 28 U.S.C.

§ 520. As stated in our first motion for enlargement, much of the information needed is located overseas in either Azores, Portugal, where the contract site is located, or Weisbaden, Germany, where the audit information is located. As a result, it has taken more time than usual to obtain necessary information. Moreover, the information received thus far by the undersigned has revealed a possible basis for a potential counter claim. As a result, the enlargement of time is necessary to allow the undersigned to further investigate this possibility, to discuss the matter with agency counsel and supervisors, and to obtain additional information.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

Of Counsel:

PAM NESTELL
Department of the Navy
720 Kennon Street SE
Suite 136
Washington Navy Yard, DC
20374

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

September 10, 2004

Attorneys for Defendant