# In the United States Court of Federal Claims

Case No. 04-902C
(Filed: September 13, 2004)

| | |
|---|---|
| ANDRE TOSTE & JOAO PAULINA, LDA -- Joint Venture, *Plaintiffs,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

**ORDER**

Defendant's unopposed **Motion for an Enlargement of Time** filed September 10, 2004, (45 days, for a total of 105 days), **until November 3, 2004, to file its response to the Plaintiff's Complaint** is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge