IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANDRE TOSTE & JOAO PAULINO, LDA – JOINT VENTURE | ) | |
| Plaintiff, | ) | No. 04-902C (Judge Baskir) |
| V. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, Plaintiff, Andre Toste & Joao Paulino, LDA - JV ("Plaintiff"), respectfully requests a 60 day enlargement of time, to and including January 21, 2005 in which to file its Answer and Reply to Defendant's Response and Counterclaim. Our Answer is currently due on November 23, 2004. This is Plaintiff's first request for an enlargement of time. Counsel for Defendant has been contacted and consents to the enlargement of time. Plaintiff's counsel previously consented to two requests by defendant's counsel for extensions of time.

Counsel for Plaintiff is either lead counsel on assisting on a number of cases currently pending before the United States Court of Appeals for the Federal Circuit. These cases include: Conscoop Consorzia Fra v. US No. 04-515, reply brief including trip to Italy to meet with client by co-counsel. Long Lane Limited Partnership v. GSA No. 05-1036, initial Brief, Impresa Construzioni Domenico Garufi v. United States 04-5143, initial Brief. In addition, the following cases before the United States Court of

Federal Claims: Al Ghanim v. United States, No. 03-271C, Reply to governments objection to EAJA due December 17, 2004.

Administrative Proceedings:

1. International Services Inc. – involving a three week hearing before a Department of Labor Administrative Law Judge occurring December 2004 and January 2005.
2. Appeal of Kamp Systems, Inc. ASBCA No. 54653, we have trial date set in March of 2005, with extensive discovery, depositions; where the client is located in California, the Air Force Base at issue is in Georgia, on a case that involves the very livelihood of the company.
3. Appeal of Austin Continental, ASBCA No. 54503.
4. Appeal of Calculus Cranes, Inc. ASBCA No. 53728, 53729, 53912. Rule 11 submission, including meeting of client in El Paso Texas.
5. Razorcom debarment proceeding before the Department of the Air Force.
6. Before the American Arbitration Association, P&L Trucking and Equipment Co. #311100020704, construction arbitration from a federal district court matter.

In addition the client is located in the Azores, Portugal, further necessitating additional time.

Date: November 21, 2004

Respectfully submitted,

S/ Scott H. Gdanski
SCOTT H. GDANSKI
Attorney for Plaintiff
Andre Toste & Joao Paulino, LDA - JV
25 Sherwood Ridge Road
Pomona, New York 10970