IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANDRE TOSTE &<br>JOAO PAULINO, LDA – JOINT VENTURE<br><br>Plaintiff,<br>V.<br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-902C<br>(Judge Baskir) |

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, Plaintiff, Andre Toste & Joao Paulino, LDA - JV ("Plaintiff"), respectfully requests a 45 day enlargement of time, to and including May 2, 2005, in which to file its Answer and Reply to Defendant's Response and Counterclaim. Our Answer is currently due on March 22, 2005. This is Plaintiff's third request for an enlargement of time. Counsel for Defendant has been contacted and has no objections. Plaintiff's counsel previously consented to two requests by defendant's counsel for extensions of time.

Despite repeated attempts, counsel for Plaintiff has been unable to obtain the necessary information from its client Toste & Paulino, LDA - JV to adequately respond to the Government's Response and Counterclaims. Counsel had been assured by the client that a detailed response to the Government's counterclaims would be forwarded to counsel along with a narrative explaining the compilation of its claims. In addition, on numerous occasions counsel has advised Plaintiff of the benefit of retaining an accountant. Plaintiff agreed to forward a detailed response explaining the method it used to compile its claims, promising this in late February. Counsel sent Plaintiff a reminder

on March 7, 2005, that it had not received the promised response. Without any input from the client, counsel cannot prepare an accurate or adequate response and will be forced to withdraw. The client is isolated in the Azores and counsel is hopeful that with a further 45 day extension, counsel will be able to obtain from Plaintiff the necessary documentation.

Date: March 17, 2004

Respectfully submitted,

S/ Scott H. Gdanski
SCOTT H. GDANSKI
Attorney for Plaintiff
Andre Toste & Joao Paulino, LDA - JV
25 Sherwood Ridge Road
Pomona, New York 10970

Certificate of Service

I hereby certify that on this 17th day of March 2005, a copy of the foregoing Plaintiff's Unopposed Motion For An Enlargement Of Time was filed electronically. I understand that the notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

S/ Scott Gdanski