IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANDRE TOSTE & JOAO PAULINO, LDA--<br>Joint Venture,<br><br>Plaintiffs,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-902C<br>(Judge Baskir) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of he United States Court of Federal Claims, Plaintiff, Andre Toste & Joao Paulino, LDA – JV ("Plaintiff"), respectfully requests a 30 day enlargement of time, to and including June 1, 2005 in which to file its answer and reply to Defendant's response and counterclaim to the Plaintiff's Complaint. Plaintiff's answer and reply is currently due on May 2, 2005. This is Plaintiff's fourth request for an enlargement of time. Counsel for defendant has been contacted and does not oppose this Motion.

This request is being made because Counsel for Plaintiff and Counsel for Defendant have entered into preliminary settlement discussions and the Justice Department attorney is discussing this with the Department of the Navy.

Dated April 28, 2005

/s/ Scott H. Gdanski
SCOTT H. GDANSKI
Attorney for Plaintiff
Andre Toste & Joao Paulino, LDA-Joint Venture
25 Sherwood Ridge Road
Pomona, NY 10970
Ph: 845-362-4800
Fax: 845-362-4700

Certificate of Service

I hereby certify that on this 28th day of April 2005, a copy of the foregoing Plaintiff's Unopposed Motion For An Enlargement Of Time was filed electronically. I understand that the notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

S/ Scott Gdanski