# In the United States Court of Federal Claims

Case No. 04-902C
(Filed: May 3, 2005)

| | |
|---|---|
| ANDRE TOSTE & JOAO PAULINA, LDA -- Joint Venture, *Plaintiffs,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

Since the parties are in settlement negotiations, Plaintiff's fourth unopposed **Motion for an Enlargement of Time (30 days, for a total of 195 days), until June 1, 2005, to file its answer and reply to Defendant's response and counterclaim to the Plaintiff's Complaint** is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge