IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANDRE TOSTE & JOAO PAULINO, LDA – JOINT VENTURE, Plaintiff, | No. 04-902C |
| V. | (Judge Baskir) |
| UNITED STATES OF AMERICA, Defendant. | |

**PLAINTIFF'S REQUEST FOR A 30-DAY EXTENSION TO FILE A JPSR**

Plaintiff respectfully requests a 30-day extension to file the joint JPSR which is currently due to be filed on July 22, 2005. Plaintiff requests this for two separate reasons. First, counsel's wife and co-counsel's mother were in a major car accident on June 15, 2005, suffering multiple fractures, two broken arms, one broken leg, and multiple blood clots. The patient was initially in the emergency room, transferred to a major trauma center and now just transferred to a rehabilitation center. Second, despite repeated attempts, Plaintiff has been unable to correspond with its client and obtain requested information. Because of the foregoing reasons, plaintiff's counsel respectfully requests a 30-day extension to decide how to proceed. Plaintiff's counsel has contacted Ms. Lindsay Williams, Esquire, who does not oppose this motion.

Date: July 22, 2005

Respectfully submitted,

S/ Scott H. Gdanski
SCOTT H. GDANSKI
Attorney for Plaintiff
Andre Toste & Joao Paulino, LDA - JV
25 Sherwood Ridge Road
Pomona, New York 10970

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July 2005, a copy of Plaintiff's Request For A 30 Day Extension To File A JPSR was filed electronically with notice to be sent to all parties.

S/ Scott H. Gdanski

SCOTT H. GDANSKI
Attorney for Plaintiff
Andre Toste & Joao Paulino, LDA - JV
25 Sherwood Ridge Road
Pomona, New York 10970