# In the United States Court of Federal Claims

Case No. 04-902C
(Filed: July 26, 2005)

*****************************************************
ANDRE TOSTE & JOAO PAULINA, LDA -- *
Joint Venture, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Plaintiff's unopposed **Motion for an Enlargement of Time (30 days), until August 22, 2005, to file the Joint Preliminary Status Report** is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge