IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANDRE TOSTE & JOAO PAULINO, LDA – JOINT VENTURE | ) | |
| Plaintiff, | ) | No. 04-902C (Judge Baskir) |
| V. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO WITDRAW AS ATTORNEY AND EXTEND THE TIME TO FILE THE JPSR**

Plaintiff respectfully requests leave of the Court to withdraw as Plaintiff's attorney in the above referenced case. Plaintiff's counsel has been unable to obtain necessary information in order to proceed with the litigation. Counsel has been forced to ask the Court for multiple requests for extensions which were necessitated primarily because of Plaintiff's lack of communication. Plaintiff counsel has been unable, despite repeated attempts, to correspond with the client and obtain requested information. Plaintiff has on numerous occasions instructed its client about its failure to provide the requested information, which would result in Plaintiff counsels withdrawal.

Plaintiff's counsel requested a 30-day extension to file the joint JPSR, and the request was granted until August 22, 2005. Plaintiff requested information from his client and again received no response. Because of the foregoing reasons, plaintiff's counsel respectfully requests leave of the Court to withdraw as attorney for Andre Toste & Joao Paulino, LDA-JV. This request in no way relates to the merits of the case, and is simply because Plaintiff has failed to respond with counsel which makes adequate representation impossible. Plaintiff has served notice on his client, via e-mail and First Class Mail.

In addition, Plaintiff requests an extension to file the JPSR until this Motion is ruled upon. Plaintiff's counsel has contacted Ms. Lindsay Williams, Esq, and Ms. Williams is aware of this Motion to Withdraw as well as to extend the time to file the JPSR until this motion is ruled upon.

Date: August 22, 2005

Respectfully submitted,

S/ Scott H. Gdanski
SCOTT H. GDANSKI
Attorney for Plaintiff
Andre Toste & Joao Paulino, LDA - JV
25 Sherwood Ridge Road
Pomona, New York 10970
Phone: (845) 362-4800
Fax: (845) 362-4700

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2005, a copy of Plaintiff's Motion for Leave of Court to Withdraw as Attorney and Extend the Time to File the JPSR was filed electronically with notice to be sent to all parties. In addition, Plaintiff's client was served via e-mail atjp2000@hotmail.com and First Class Mail to:

Andre Toste & Joao Paulino, LDA-JV

Estrada 25 De Abril

9760 Praia Da Vitoria

Azores, Portugal 09720

S/ Scott H. Gdanski

SCOTT H. GDANSKI
Attorney for Plaintiff
Andre Toste & Joao Paulino, LDA - JV
25 Sherwood Ridge Road
Pomona, New York 10970
Phone: (845) 362-4800
Fax: (845) 362-4700