# In the United States Court of Federal Claims

Case No. 04-902C
(Filed: October 7, 2005)

| | |
|---|---|
| ANDRE TOSTE & JOAO PAULINA, LDA -- Joint Venture, *Plaintiffs,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

On August 22, 2005, Mr. Gdanski filed a Motion for Leave to Withdraw as Plaintiff's Attorney, and for a second extension of time to file the Joint Preliminary Status Report (JPSR). Once this Court granted Plaintiff's first Motion for an extension of time to file the JPSR, the JPSR was due to be filed no later than August 22.

Mr. Gdanski seeks to withdraw as Plaintiff's attorney because the Plaintiff, Andre Toste & Joao Paulina, LDA-JV ("Toste & Paulina") will not communicate with Mr. Gdanski such that he can file the required documents. In total, Plaintiff has sought six motions for extensions of time in this case, all allegedly due to Mr. Gdanski's inability to communicate with Toste & Paulina. Although Mr. Gdanski certified that he served his Motion to Withdraw on Toste & Polina in Portugal by first class mail, Toste & Polina did not respond to the Motion.

**Plaintiff's Motion to Extend the Time to File the JPSR is hereby GRANTED. This case is stayed pending the outcome of the matter of Plaintiff's legal representation. Thus, the JPSR will be due two weeks from the date the stay is lifted.**

**The Plaintiff, Toste & Paulina, is directed to show cause why Mr. Gdanski's Motion for Leave of Court to Withdraw as Attorney should not be granted. The Plaintiff shall respond forthwith, and in any event no later than November 7, 2005.**

**The Clerk of the Court is directed to serve a copy of this Order on Toste & Paulina at its address in Portugal by certified mail.**

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge