# In the United States Court of Federal Claims

Case No. 04-902C
(Filed: February 21, 2006)

| | |
|---|---|
| ANDRE TOSTE & JOAO PAULINA, LDA -- Joint Venture, *Plaintiffs,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

On August 22, 2005, Mr. Gdanski filed a Motion for Leave to Withdraw as Plaintiffs' Attorney. On October 7, this Court ordered the Plaintiffs, Andre Toste & Joao Paulina, LDA-JV ("Toste & Paulina"), to personally respond to the Motion. Plaintiffs were served at their address in Portugal. When the Court did not receive a response, we faxed a courtesy copy of the filed Order to the Plaintiffs at their number in Portugal. On January 4, 2006, the Plaintiffs responded unofficially by fax, stating that they had no objection to Mr. Gdanski's Motion, and that they planned to drop the case. The Court has not yet granted his Motion, and he remains the Plaintiffs' attorney of record in this case.

If the Plaintiff plans to drop its case, the parties are ordered to file a Joint Stipulation for Dismissal no later than March 31, 2006. Otherwise, the Court will grant Mr. Gdanski's Motion to withdraw as Plaintiff's attorney and order the parties to file the Joint Preliminary Status Report.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge