IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANDRE TOSTE and,<br>JOAO PAULINO, LDA, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-902C<br>(Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's order, dated February 21, 2006, the United States, respectfully submits this status report to inform the Court that because the Government has asserted counterclaims based in fraud against the plaintiffs in this case, we oppose the dismissal of this case.

RCFC 41(a)(2) provides in pertinent part:

> If a counterclaim has been pleaded by the United States prior to the service upon it of the plaintiff's motion to dismiss, the action shall not be dismissed against the defendant's objection unless the counterclaim can remain pending for independent adjudication by the court.

Our counterclaims were pleaded prior to plaintiffs' request for dismissal of this action. In our answer, filed on November 3, 2004, we asserted counterclaims against plaintiffs pursuant to the Special Plea in

Fraud, 28 U.S.C. § 2514, the False Claims Act, 31 U.S.C. § 3729(a) and the anti-fraud provision of the Contract Disputes Act, 41 U.S.C. § 604. While plaintiffs have not filed an official motion to dismiss, they indicated in their January 5, 2006 letter to the Court that they would like to dismiss their complaint. Because the Government's counterclaims were pled prior to plaintiffs' January 5, 2006 letter, the Government objects to the dismissal of plaintiffs' action.

For the foregoing reasons, defendant respectfully requests that the Court deny plaintiffs' request for dismissal of this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

Of Counsel:

PAM NESTELL
Department of the Navy
720 Kennon Street SE
Suite 136
Washington Navy Yard, DC
20374

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

March _30, 2006

Attorneys for Defendant