# In the United States Court of Federal Claims

Case No. 04-902C
(Filed: April 6, 2006)

****************************************************
ANDRE TOSTE & JOAO PAULINA, LDA -- *
Joint Venture, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

On February 21, 2006, the Court requested the parties to file a joint stipulation of dismissal no later than March 31, based on the Plaintiffs' indication that they wished to dismiss their case. On March 31, Defendant filed an objection to dismissal, indicating that its counterclaims against the Plaintiffs prevented the dismissal of Plaintiffs' claims. The Plaintiffs did not respond to the Court's February 21 Order.

Also pending before the Court is Plaintiffs' attorney's motion for leave to withdraw as their counsel, dated August 22, 2005. The Plaintiffs indicated that they have no objection to his withdrawal in a document faxed to this Court on January 4, 2006. However, the Court is mindful that their lack of objection may be contingent upon the case being dismissed. We are hesitant to grant the motion now that further proceedings in this case are necessary.

**The parties are ORDERED to file a Joint Preliminary Status Report (JPSR) no later than May 25, 2006, after which time the Court will schedule a Preliminary Status Conference (PSC). The Court defers ruling on Mr. Gdanski's motion to withdraw at this time, so he remains the Plaintiff's attorney of record.**

**The Clerk's Office is directed to remove this case from the Case Management/Electronic Case Filing System. Hereafter, all filings shall be done in paper form.**

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge